IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
)
HARRAH LAND FC, LLC, ) Case No. 24-80401-T
) Chapter 11
)
)
Debtor-in-Possession. )

## UNOPPOSED APPLICATION TO WITHDRAW
## MOTION FOR EMERGENCY INTERIM USE OF CASH COLLATERAL

Harrah Land FC, LLC (**"Harrah Land"**) applies to this Court for an Order authorizing it to withdraw its Motion for Emergency Interim Use of Cash Collateral (the **"Motion"**) filed May 21, 2024 [Doc. #5]. In support of this Application, Harrah Land would show this Court as follows:

1. Harrah Land does not have cash representing the collateral of any secured creditor; therefore, the Motion is not necessary.

2. Harrah Land does sell residential houses in the ordinary course of its business, and filed the Motion to advise its creditors on how proceeds from the sales would be distributed.

3. Tinker Federal Credit Union (**"TFCU"**) and Rempel Rock-N-Ready Mix, Inc. (**"Rempel"**) filed objections to the Motion.

4. This Application is not filed for the purpose of delay, but to alleviate the Court's and parties' time necessary to prepare for and attend a hearing on the Motion.

5. Counsel for TFCU and Rempel consent to the withdrawal of the Motion.

6. A hearing has been set for June 12, 2024 at 10:30 a.m. to consider the Motion.

**WHEREFORE**, Harrah Land applies to this Court for an Order allowing the withdrawal of the Motion.

*Respectfully submitted this 10th day of June, 2024.*

        RIGGS, ABNEY, NEAL, TURPEN,
        ORBISON & LEWIS

        */s/ Scott P. Kirtley*

        Scott P. Kirtley, OBA No. 11388
        502 W. 6th Street
        Tulsa, Oklahoma 74119
        918-587-3161
        918-583-1549 (fax)
        skirtley@riggsabney.com

        *Attorneys for Harrah Land FC, LLC*

## CERTIFICATE OF SERVICE

I, Scott P. Kirtley, do hereby certify on the 10th day of June, 2024, an electronically filed copy of the above and foregoing instrument was electronically served upon all parties registered with CM/ECF in this case.

        */s/ Scott P. Kirtley*
        Scott P. Kirtley